UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*\*

DIANA L. SAYERS,             )
                             )   CASE NO.: 3:14-CV-00253-RCJ-WGC
         Plaintiff,          )
                             )
v.                           )   O R D E R
                             )
CAROLYN W. COLVIN,           )
Acting Commissioner of Social Security,  )
                             )
         Defendant.          )
_____)

The Court has considered the Report and Recommendation of United States Magistrate (ECF #22) entered on August 4, 2015, in which the Magistrate Judge recommends the Court grant Plaintiff's Motion for Reversal and/or Remand (ECF #19) and the Commissioner's Cross-Motion to Affirm (ECF #20) be denied.  The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #22).

IT IS HEREBY ORDERED that Plaintiff's Motion for Reversal and/or Remand (ECF #19) is GRANTED.

IT IS FURTHER ORDERED that the Commissioner's Cross-Motion to Affirm (ECF #20) is DENIED.

IT IS FURTHER ORDERED that this matter is REMANDED to the ALJ to conduct further proceedings consistent with the Report and Recommendation (#22).

IT IS SO ORDERED this 25th day of August, 2015.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE